IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT ALLEN,**<br>　　　　　　Petitioner,<br><br>v.<br><br>**ROBERT W. MEYERS,**<br>**THE DISTRICT ATTORNEY OF THE**<br>**COUNTY OF PHILADELPHIA,**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>　　　　　　Respondents. | **CIVIL ACTION**<br><br><br><br>**NO. 99-984** |

**O R D E R**

**AND NOW**, this 13th day of December, 2024, upon consideration of Petitioner Robert Allen's Motion for Relief from Judgment under Fed. R. Civ. P. (60)(b)(6) (ECF No. 31), and the Government's response thereto (ECF No. 44), **IT IS ORDERED** that Petitioner's Motion (ECF No. 31) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. MIA R. PEREZ